**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

```
U.S. DISTRICT COURT - N.D. OF N.Y.
         FILED
        APR - 4 2008
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse
```

**UNITED STATES OF AMERICA**

vs.

**MANALETO Q. CLAY**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:08-CR-30     (GHL)

_____Eric Swartz, Esq. (CJA)_____
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count(s) 1, as amended on the record

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Ability Impaired in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.1 of the NY Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** December 7, 2007

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $500.00 and special assessment of $5.00. Total amount of the fine and special assessment amounts to $505.00, payable no later than April 15, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original counts of the Information are dismissed on motion of the United States.

_____March 12, 2008_____
Date of Imposition of Sentence

_____March 27, 2008_____
DATE SIGNED

_____[signature]_____
GEORGE H. LOWE
U.S. Magistrate Judge